# UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOSEPH FRIEL** )<br>)<br>*Plaintiff* )<br>)<br>v. )<br>)<br>**INSURANCE TRIPLE E, LLC** )<br>)<br>*Defendant* ) | Civil Action No. 3:25-cv-01857-JKM |

## AFFIDAVIT OF SERVICE

I, RAMON QUIROZ, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to INSURANCE TRIPLE E., LLC in Miami-Dade County, FL on October 18, 2025 at 5:35 pm at 80 East 53rd Terrace, Hialeah, FL 33013 by leaving the following documents with Elidia Rodriguez Delgado who as Owner is authorized by appointment or by law to receive service of process for INSURANCE TRIPLE E., LLC.

SUMMONS IN A CIVIL ACTION, CIVIL COVER SHEET, CLASS ACTION COMPLAINT

White Female, est. age 55-64, glasses: N, Brown hair, 120 lbs to 140 lbs, 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=25.8711642,-80.2793066
Photograph: See Exhibit 1


Total Cost: $85.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in __Broward County__,

__FL__ on __10/20/2025__.

/s/ *RAMON QUIROZ*
_____
Signature
RAMON QUIROZ
+1 (954) 716-0463



Exhibit 1a)