IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH FRIEL, individually and on behalf of a class of all persons and entities situated,<br>    **Plaintiff**<br> v.<br><br>**INSURANCE TRIPLE E, LLC,**<br>    **Defendant** | :  No. 3:25cv1857<br>:<br>:  (Judge Munley)<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## ORDER

A review of the docket in the above-captioned matter reveals that a copy of the complaint and summons were served upon Defendant Insurance Triple E, LLC on October 18, 2025. (Doc. 5). No activity has occurred in this litigation since that date. Specifically, no answer has been filed although the deadline for filing an answer has passed. See FED. R. CIV. P. 12(a)(1)(A)(i) (providing that the answer is due twenty-one (21) days from the receipt of the summons and complaint).

It is the responsibility of the plaintiff to prosecute an action. In light of the inactivity in this litigation, it is hereby **ORDERED** that plaintiff shall make an appropriate filing to further this action **on or before November 21, 2025**.

Date: 11/13/25

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court