IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH FRIEL,<br>Individually and on behalf of a class<br>of all persons and entities situated,<br><br>**Plaintiff**<br><br>v.<br><br>**INSURANCE TRIPLE E, LLC.,**<br>**Defendant** | : 3:25CV1857<br>:<br>: (Judge Munley)<br>: |

## DEFAULT

AND NOW, this 24th day of November 2025, default is hereby entered against Insurance Triple E, LLC, for failure to file an answer, plead, or otherwise defend pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Peter J. Welsh

Clerk, U.S. District Court

by: _____
Deputy Clerk