

Anthony Paronich <anthony@paronichlaw.com>

## Re: Activity in Case 3:25-cv-01857-JKM Friel v. Insurance Triple E., LLC Order
1 message

**Juan Mercado | Mercado Law** <juan@mercado.law>   Sat, Nov 15, 2025 at 8:48 PM
To: Anthony Paronich <anthony@paronichlaw.com>
Cc: Jeremy Jackson <jeremycjackson@gmail.com>

I spoke with the E&O adjusters and they told me that there is no coverage for this case, and the entity does not have sufficient assets to justify hiring counsel out of pocket. My client can offer a nominal amount to settle. Otherwise, my client is just thinking of throwing its hands up and taking the default judgement. If you want to settle, give your bottom bottom and I'll send it over to my client. My phone number 3054674732 if you wanna talk tomorrow. I know saw the judge orders so I know that you need to move the case on Monday. Let me know.

Get Outlook for iOS

**From:** Anthony Paronich <anthony@paronichlaw.com>
**Sent:** Saturday, November 15, 2025 5:07:28 PM
**To:** Juan Mercado | Mercado Law <juan@mercado.law>
**Cc:** Jeremy Jackson <jeremycjackson@gmail.com>
**Subject:** RE: FW: Activity in Case 3:25-cv-01857-JKM Friel v. Insurance Triple E., LLC Order


Mr. Mercado:


Can you please advise?




----
Anthony Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400

Hingham, MA 02043
[o] (617) 485-0018

[c] (508) 221-1510
[f] (508) 318-8100


This email message may contain legally privileged and/or confidential information.  If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

12/6/25, 2:11 PM  Paronich Law, P.C. Mail - Re: Activity in Case 3:25-cv-01857-JKM Friel v. Insurance Triple E., LLC Order

Case 3:25-cv-01857-JKM    Document 10-1    Filed 12/06/25    Page 2 of 4

**From:** Anthony Paronich <anthony@paronichlaw.com>
**Sent:** Thursday, November 13, 2025 6:38 PM
**To:** juan@mercado.law
**Cc:** Jeremy Jackson <jeremycjackson@gmail.com>
**Subject:** FW: FW: Activity in Case 3:25-cv-01857-JKM Friel v. Insurance Triple E., LLC Order

Mr. Mercado:

Please see the below.

----
Anthony Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400

Hingham, MA 02043
[o] (617) 485-0018

[c] (508) 221-1510
[f] (508) 318-8100

This email message may contain legally privileged and/or confidential information.  If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

---

> **From:** PAMDEfilingstat@pamd.uscourts.gov <PAMDEfilingstat@pamd.uscourts.gov>
> **Sent:** Thursday, November 13, 2025 3:40 PM
> **To:** pamd_ecf_nef@pamd.uscourts.gov
> **Subject:** Activity in Case 3:25-cv-01857-JKM Friel v. Insurance Triple E., LLC Order
>
> **This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
> **\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.
>
> **United States District Court**
>
> **Middle District of Pennsylvania**
>
> **Notice of Electronic Filing**

The following transaction was entered on 11/13/2025 at 3:40 PM EST and filed on 11/13/2025

**Case Name:** Friel v. Insurance Triple E., LLC

**Case Number:** 3:25-cv-01857-JKM

**Filer:**

**Document Number:** 6

**Docket Text:**
ORDER- DIRECTING plaintiff to file to further this action by 11/21/25. Signed by Honorable Julia K Munley on 11/12/25. (sm)

**3:25-cv-01857-JKM Notice has been electronically mailed to:**

Anthony I Paronich   anthony@paronichlaw.com, anthony.paronichlaw.com@recap.email

Jeremy C. Jackson   jjackson@bower-law.com

**3:25-cv-01857-JKM Filer will deliver notice by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1027698419 [Date=11/13/2025] [FileNumber=8469602-0] [aaf13adbbd41529242931b52d0abc057da39a61916323d31933628916e45bdf679 c4244f784d3fde708a14f37d32ca6b8a9289e0051067c8753b8d617d544294]]

--

Very truly yours,

Jeremy C. Jackson, Esq.

BOWER LAW ASSOCIATES, PLLC
The Towers
403 South Allen Street, Suite 210
State College, PA  16801

Telephone  (814) 234-2626
Facsimile  (814) 237-8700

This electronic mail transmission including any attachments may contain confidential information from the law firm of Bower Law Associates, PLLC that is privileged and may be protected by the attorney-client privilege or another legal privilege and is intended only for the use of the addressee(s) named.  Any unauthorized use, distribution, copying, forwarding or disclosure to or by another person is strictly prohibited.  If you are not an addressee and have received

this transmission in error, please reply to the sender by either telephone or email indicating this error, and delete the transmission from your system immediately without copying it.  Thank you.