IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH FRIEL, individually and on behalf of a class of all persons and entities similarly situated, <br><br> Plaintiff <br><br> vs. <br><br> INSURANCE TRIPLE E, LLC <br><br> Defendant. | Case No. 3:25-cv-01857-KM |

**NOTICE OF DISMISSAL**
**PURSUANT TO FED. R. CIV. P. 41(a)**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Joseph Friel file this Notice of Dismissal without prejudice with each party to bear its own costs and expenses, including attorneys' fees.

Dated: January 23, 2026

Respectfully submitted,

PARONICH LAW, P.C.

  /s/ Anthony I. Paronich
Anthony I. Paronich
350 Lincoln St., Suite 2400
Hingham, MA 02043
617-485-0018
anthony@paronichlaw.com

ATTORNEYS FOR PLAINTIFF